UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:24-cv-05781-SVW-E | Date | September 5, 2024 |
|---|---|---|---|
| Title | Willie Weaver v. Warden et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS - ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED

On July 9, 2024, the Court sent a Notice e: Discrepancies advising pro se plaintiff that he failed to pay the appropriate filing fee.

The plaintiff was provided the forms to request to proceed without prepayment of filing fees. The plaintiff was granted thirty days, to and including August 8, 2024, to file his request.

To date, this case lacks the papers that would show it is being timely prosecuted.

Accordingly, the Court, orders the plaintiff to show cause, in writing, no later than September 19, 2024, why this action should not be dismissed.

As an alternative to a written response by plaintiff, the Court will accept one of the following:

- Pay the filing fee and submit proof of service, thereon; or
- Sign and complete this Court's Request to Proceed without Prepayment of Filing Fees with Declaration in Support (Form CV-60P) in its entirety.

|   | : |
|---|---|
| Initials of Preparer | PMC |